United States Bankruptcy Court

Southern District of Florida

In re:                                                                                          Case No. 26-16596-EPK

Troy Vincent Garrett                                                                Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 113C-9                          User: admin                                        Page 1 of 2

Date Rcvd: Jun 05, 2026                    Form ID: CGFD112                              Total Noticed: 17

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Troy Vincent Garrett, 3834 SE Jefferson St, Stuart, FL 34997-5440 |
| 98647014 | + | Creditor matrix, LVNV Funding LLC (Capital one Platinum), PO Box 1269, Greenville, SC 29602-1269 |
| 98647009 | + | Disc/Capl, 15000 Capital One Drive, Richmond, VA 23238-1119 |
| 98647019 | + | U.S. Small Business Assosiation, 409 3rd Street, SW, Washington D.C. 20416-0005 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: BNC_Notices@floridarevenue.com | Jun 05 2026 20:39:00 | Florida Department of Revenue, POB 6668, Bankruptcy Division, Ft Lauderdale, FL 32314-6668 |
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Jun 05 2026 20:41:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 05 2026 20:43:19 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 98647008 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 05 2026 20:40:00 | Ally Financial, 500 Woodward ave, Detroit, MI 48226-3416 |
| 98647010 | + | Email/Text: mrdiscen@discover.com | Jun 05 2026 20:40:00 | Discoverc, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 98647011 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 05 2026 20:43:19 | First Premier Bank, 601 Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 98647013 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 05 2026 20:42:00 | Jefferson Capital Syst, 200 14th Ave E, Sartell, MN 56377-4500 |
| 98648554 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 05 2026 20:43:40 | LVNV Funding LLC (Capital one Platinum), PO Box 1269, Greenville, SC 29602-1269 |
| 98647015 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 05 2026 20:43:21 | LVNV Funding LLC (Credit One American Express), PO Box 1269, Greenville, SC 29602-1269 |
| 98647016 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 05 2026 20:43:21 | LVNV Funding LLC (Credit One Bank N.A), PO Box 1269, Greenville, SC 29602-1269 |
| 98647012 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 05 2026 20:43:31 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 98647017 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 05 2026 20:42:00 | Midland Credit Managem (Capital One N.A.), 320 E Big Beaver RD, Troy, MI 48083-1238 |
| 98647018 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 05 2026 20:42:00 | Midland Credit Managem (Synchrony Bank), 320 E Big Beaver RD, Troy, MI 48083-1238 |

TOTAL: 13

District/off: 113C-9                           User: admin                                    Page 2 of 2
Date Rcvd: Jun 05, 2026                        Form ID: CGFD112                               Total Noticed: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Heidi A Feinman | on behalf of U.S. Trustee Office of the US Trustee Heidi.A.Feinman@usdoj.gov |
| Nicole Testa Mehdipour | Trustee@ntmlawfirm.com TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |

TOTAL: 3

**CGFD112** (6/1/2026)



**ORDERED in the Southern District of Florida on June 5, 2026**



**Erik P. Kimball**
United States Bankruptcy Judge

---

# United States Bankruptcy Court
### Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 26–16596–EPK**

**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Troy Vincent Garrett
3834 SE Jefferson St
Stuart, FL 34997

SSN: xxx–xx–0847

## ORDER DISMISSING CASE

On **May 21, 2026**, the debtor was given notice by the clerk of court that the debtor did not file with the petition:

Debtor's Payment Advices

Official Bankruptcy Form 106Sum, Summary of Your Assets and Liabilities and Certain Statistical Information

Official Bankruptcy Form 106A/B, Schedule A/B: Property
Official Bankruptcy Form 106C, Schedule C: The Property You Claim as Exempt
Official Bankruptcy Form 106D, Schedule D: Creditors Who Hold Claims Secured by Property
Official Bankruptcy Form 106E/F, Schedule E/F: Creditors Who Have Unsecured Claims
Official Bankruptcy Form 106G, Schedule G: Executory Contracts and Unexpired Leases
Official Bankruptcy Form 106H, Schedule H: Your Codebtors
Official Bankruptcy Form 106I, Schedule I: Your Income
Official Bankruptcy Form 106J, Schedule J: Your Expenses **and** (if applicable) Official Bankruptcy Form 106J2, Schedule J–2: Expenses for Separate Household of Debtor 2

Official Bankruptcy Form 106Dec, Declaration About an Individual Debtor's Schedules

Official Bankruptcy Form 107, Statement of Financial Affairs for Individuals Filing for Bankruptcy

Official Bankruptcy Form 122A–1, Chapter 7 Statement of Your Current Monthly Income and Means–Test Calculation or 122A–1Supp, Chapter 7 Means Test Exemption Attachment

and that this case may be dismissed upon motion or request of the United States trustee (or its delegee) under §§ 707(a)(3), 1112(e), 1307(c)(9), or 1307(c)(10), without further notice or a hearing, if these deficiencies were not cured by **.** On **06/05/2026** the United States trustee (or its delegee) moved for or requested dismissal of this case because the debtor failed to timely cure these deficiencies. Accordingly, under Local Rule 1017–1(b), it is

**ORDERED** that:

1. This case is dismissed.

2. All pending motions are denied as moot.

3. The trustee must file a final report before the case is administratively closed.

4. Under Local Rule 1017–1(e), all unpaid fees owed to the clerk – either under 28 U.S.C. § 1930 or any court order – remain due and owing upon dismissal of this case. The unpaid balance of **$0.00** is payable to the Clerk, U.S. Court, Flagler Waterview Building, 1515 N Flagler Dr, Room 801, West Palm Beach FL 33401.

*# # #*

The clerk is directed to serve a copy of this order on all parties of record.