**CGFD33** (06/01/2026)



**ORDERED in the Southern District of Florida on July 8, 2026**

**Erik P. Kimball**
United States Bankruptcy Judge

## United States Bankruptcy Court
### Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 26–16596–EPK**

**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Troy Vincent Garrett
3834 SE Jefferson St
Stuart, FL 34997

SSN: xxx–xx–0847

## ORDER DISCHARGING TRUSTEE AND CLOSING CASE

An order dismissing this case has been entered. The trustee, Nicole Testa Mehdipour, having filed a final report, is discharged and this case is closed.

*# # #*